# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

156

**CAF 11-00439**

PRESENT: SCUDDER, P.J., SMITH, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF MCKAYLA J. AND RAYQUAN J.
--------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,                      ORDER
PETITIONER-RESPONDENT;

ANNIE M., RESPONDENT-APPELLANT.

---

ALAN BIRNHOLZ, EAST AMHERST, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILDREN, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR MCKAYLA
J. AND RAYQUAN J.

---

Appeal from an order of the Family Court, Erie County (Patricia
A. Maxwell, J.), entered February 1, 2011 in a proceeding pursuant to
Family Court Act article 10.  The order, among other things, placed
respondent under the supervision of petitioner.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  January 31, 2012                     Frances E. Cafarell
                                               Clerk of the Court